UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRANCY SOTO, *individually
and on behalf of others similarly situated,*

                      *Plaintiff*,

        -against-

GUEZ DELI GROCERY CORP. (D/B/A LR80 DELI GROCERY), LUIS RODRIGUEZ, and BENJAMIN RODRIGUEZ,

                     *Defendants*,
-----------------------------------------------------------------X

Civil Action No. 25-cv-01243-JPC

**[Proposed Form Of]**
**JUDGMENT**

## JUDGMENT

On August 26, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, FRANCY SOTO, has judgment against GUEZ DELI GROCERY CORP. (D/B/A LR80 DELI GROCERY), LUIS RODRIGUEZ, and BENJAMIN RODRIGUEZ, jointly and severally, in the amount of Eighty-Five Thousand Dollars and Zero Cents ($85,000.00), which is inclusive of attorneys' fees and costs.

Dated: ~~August 26, 2025~~
       August 27, 2025

_____
HON. JOHN P. CRONAN
U.S. DISTRICT JUDGE